IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CIVIL ACTION NO.  2:04cv1153-F
                                     )                    (WO)
ONE 1999 FORD EXPEDITION,            )
VIN: 1FMRU1766XLC19187, WITH         )
ALL APPURTENANCES AND                )
ATTACHMENTS THEREON,                 )
                                     )
        Defendant.                   )

**O R D E R**

Now pending before the court is the United States's renewed motion to compel (doc. #
33) filed on September 13, 2005 (incorrectly docketed as a response to an order).  On
September 14, 2005, the court ordered the claimant to show cause why the motion to compel
should not be granted.  (Doc. 35).  The claimant has filed nothing in opposition to the motion
to compel.  Accordingly, upon consideration of the motion, and for good cause shown, it is

ORDERED that the motion to compel (doc. # 33) be and is hereby GRANTED and the
discovery sought shall be produced to the United States not later than 10 days from the date of
this order.

Done this 11th day of October, 2005.


                        /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE