IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:04-cv-1153-F |
| ) | |
| ONE 1999 FORD EXPEDITION, ) | |
| VIN:1FMRU1766XLC19187, with ) | |
| all appurtenances and attachments ) | |
| thereon, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Decree of Forfeiture entered by this Court, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is hereby entered in favor of the Plaintiff, the United States of America, and against the Claimant, Latoya L. Paige, with costs taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 26th day of October, 2005.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE